# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
    TERRY A. FREDERICK and        :        Bankruptcy No. 16-10507 REF
    MAIA FREDERICK                :
                                  :        Chapter 13
            Debtors               :

## CERTIFICATION OF NO OBJECTION

AND NOW, this 28th day of December, 2016, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated December 5, 2016 of the filing of the Application for Compensation and Reimbursement of Expenses.

Dated:  December 28, 2016                     /s/   David S. Gellert
                                              David S. Gellert, Esquire
                                              David S. Gellert, P.C.
                                              3506 Perkiomen Avenue
                                              Reading, PA 19606
                                              (610) 779-8000
                                              Fax: (610) 370-1393