| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 16-10507-PMM**

TERRY A. FREDERICK  
MAIA FREDERICK  
630 ONYX CAVE ROAD  
HAMBURG  PA    19526

Petition Filed Date: 01/27/2016  
341 Hearing Date: 04/26/2016  
Confirmation Date: 12/01/2016

Case Status: Completed on 6/17/2020

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2019 | $1,000.00 | | 02/19/2019 | $1,000.00 | | 03/29/2019 | $1,000.00 | |
| 04/26/2019 | $1,000.00 | | 06/03/2019 | $1,000.00 | Monthly Plan P | 06/07/2019 | $1,000.00 | |
| 06/24/2019 | $1,000.00 | | 07/22/2019 | $1,000.00 | | 08/19/2019 | $1,000.00 | |
| 09/13/2019 | $1,000.00 | | 10/25/2019 | $1,000.00 | 6277659000 | 11/22/2019 | $1,000.00 | 6348203000 |
| 12/26/2019 | $1,000.00 | 6419917000 | 01/17/2020 | $1,000.00 | 6490362000 | 02/14/2020 | $1,000.00 | 6559860000 |
| 03/25/2020 | $1,000.00 | 6659842000 | 04/24/2020 | $1,000.00 | 6735770000 | 05/22/2020 | $1,000.00 | 6807258000 |
| 06/17/2020 | $1,766.57 | 6872416000 | | | | | | |

**Total Receipts for the Period: $19,766.57    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $54,766.57**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | BANK OF AMERICA<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $9,107.29 | $8,783.84 | $323.45 |
| 3 | DISCOVER BANK<br>»» 003 | Unsecured Creditors | $3,270.19 | $3,154.05 | $116.14 |
| 12 | LOANCARE SERVICING CENTER<br>»» 012 | Mortgage Arrears | $1,657.15 | $1,657.15 | $0.00 |
| 11 | M&T BANK<br>»» 11S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | M&T BANK<br>»» 11U | Unsecured Creditors | $1.00 | $0.00 | $1.00 |
| 6 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 006 | Unsecured Creditors | $3,786.09 | $3,651.63 | $134.46 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $6,059.42 | $5,844.21 | $215.21 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $5,788.59 | $5,582.99 | $205.60 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 008 | Unsecured Creditors | $4,873.93 | $4,700.82 | $173.11 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 013 | Unsecured Creditors | $4,428.57 | $4,271.28 | $157.29 |
| 10 | RIVERFRONT FEDERAL CU<br>»» 010 | Unsecured Creditors | $4,951.97 | $4,776.09 | $175.88 |
| 5 | SANTANDER BANK NA<br>»» 005 | Unsecured Creditors | $2,497.67 | $2,408.96 | $88.71 |

**Chapter 13 Case No. 16-10507-PMM**

| 1 | SUNTRUST BANK<br>»» 001 | Secured Creditors | $260.62 | $260.62 | $0.00 |
| 14 | DAVID S GELLERT ESQ<br>»» 014 | Attorney Fees | $3,289.42 | $3,289.42 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $54,766.57 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $48,381.06 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,794.66 | Total Plan Base: | $60,000.00 |
| Funds on Hand: | $1,590.85 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.