United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                         Case No. 16-10507-pmm
Terry A. Frederick                                                                             Chapter 13
Maia Frederick
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Keith      Page 1 of 3
Date Rcvd: Oct 19, 2020      Form ID: 138NEW      Total Noticed: 48

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Terry A. Frederick, Maia Frederick, 630 Onyx Cave Road, Hamburg, PA 19526-8641 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Ditech Financial LLC FKA Green Tree Servicing, LLC, 14841 Dallas Parkway, Suite 300, DALLAS, TX 75254-7883 |
| 13665500 | + | Allied Interstate LLC, P. O. Box 4000, Warrenton, VA 20188-4000 |
| 13751071 | | Bank Of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 13665501 | | Bank of America, P. O. Box 45224, Jacksonville, FL 32232-5224 |
| 13841554 | + | Bank of America, N.A., c/o Denise Carlon, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 13665502 | + | Best Buy Credit Services, P. O. Box 790441, Saint Louis, MO 63179-0441 |
| 13665506 | + | Ditech Financial LLC, P. O. Box 6154, Rapid City, SD 57709-6154 |
| 13665508 | + | Home Depot Credit Services, P. O. Box 790345, Saint Louis, MO 63179-0345 |
| 13665509 | + | Joshua Frederick, 630 Onyx Cave Road, Hamburg, PA 19526-8641 |
| 14332671 | | LOANCARE, LLC, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14333468 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 13759638 | + | M&T Bank, PO BOX 1508, Buffalo, New York 14240-1508 |
| 13665513 | + | NCB Management Services, P. O. Box 1099, Langhorne, PA 19047-6099 |
| 13665515 | + | Retreat at Lancaster County, 1170 S. State St., Ephrata, PA 17522-2601 |
| 13759256 | + | Riverfront FCU, 430 South 4th Street, Reading, PA 19602-2698 |
| 13665516 | + | Riverfront Federal Credit Union, 430 S. Fourth St., Reading, PA 19602-2698 |
| 13665517 | + | Riverfront Federal Credit Union, P. O. Box 30495, Tampa, FL 33630-3495 |
| 13665519 | | Santander Bank, Mail Code: 10-421-CN2, P. O. Box 12646, Reading, PA 19612-2646 |
| 13684889 | + | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 13665520 | | SunTrust Bank, P. O. Box 85041, Richmond, VA 23285-5041 |
| 13672303 | + | SunTrust Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 13665522 | + | United Collection Bureau, 5620 Southwyck Blvd., Ste. 206, Toledo, OH 43614-1501 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2020 02:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 20 2020 02:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2020 02:18:05 | Synchrony Bank, c/o Recovery Management |

Case 16-10507-pmm    Doc 56    Filed 10/21/20    Entered 10/22/20 01:44:51    Desc Imaged
                                Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: Keith | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2020 | Form ID: 138NEW | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13665504 | + | Email/Text: jsanders@cksfin.com | Oct 20 2020 02:05:00 | CKS Financial, P. O. Box 2856, Chesapeake, VA 23327-2856 |
| 13665505 | | Email/Text: mrdiscen@discover.com | Oct 20 2020 02:05:00 | Discover Card, P. O. Box 30943, Salt Lake City, UT 84130 |
| 13831264 | + | Email/Text: dsgrdg@ptdprolog.net | Oct 20 2020 02:05:00 | David S. Gellert, Esquire, David S. Gellert, P.C., 3506 Perkiomen Avenue, Reading, PA 19606-2711 |
| 13672576 | + | Email/Text: mrdiscen@discover.com | Oct 20 2020 02:05:00 | Discover Bank, Discover Products Inc POB 3025, New Albany Ohio 43054-3025 |
| 13665507 | | Email/Text: bankruptcy@affglo.com | Oct 20 2020 02:05:00 | Global Credit Collection Corp., P. O. Box 129, Linden, MI 48451-0129 |
| 13665503 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 20 2020 02:18:06 | Chase, P. O. Box 15298, Wilmington, DE 19850-5298 |
| 13665510 | + | Email/Text: ebn@ltdfin.com | Oct 20 2020 02:05:00 | LTD Financial Services, 7322 Southwest Fwy., Suite 1600, Houston, TX 77074-2134 |
| 13665511 | | Email/Text: camanagement@mtb.com | Oct 20 2020 02:05:00 | M & T Bank, P. O. Box 900, Millsboro, DE 19966 |
| 13674600 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2020 02:05:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13698295 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2020 02:17:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13665514 | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2020 02:19:00 | PayPal Smart Connect, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 13673767 | | Email/PDF: rmscedi@recoverycorp.com | Oct 20 2020 02:19:03 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13665518 | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2020 02:18:05 | Sam's Club, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 13665521 | | Email/Text: bankruptcymortgage@suntrust.com | Oct 20 2020 02:05:00 | SunTrust Bank, P. O. Box 305053, Nashville, TN 37230-5053 |
| 13665523 | | Email/PDF: gecsedi@recoverycorp.com | Oct 20 2020 02:19:00 | Wal-Mart, Synchrony Bank, P. O. Box 965060, Orlando, FL 32896-5060 |
| 13665524 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 20 2020 02:19:02 | World's Foremost Bank, P. O. Box 82608, Lincoln, NE 68501-2608 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13665512 | ##+ | Michael J. Dougherty, Esq., Weltman, Weinberg & Reis Co., 325 Chestnut St., Ste. 501, Philadelphia, PA 19106-2605 |
| jdb | *+ | Maia Frederick, 630 Onyx Cave Road, Hamburg, PA 19526-8641 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4 | User: Keith | Page 3 of 3
Date Rcvd: Oct 19, 2020 | Form ID: 138NEW | Total Noticed: 48

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2020        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2020 at the address(es) listed below:**

**Name**            **Email Address**

DAVID S. GELLERT
    on behalf of Debtor Terry A. Frederick dsgrdg@ptdprolog.net

DAVID S. GELLERT
    on behalf of Joint Debtor Maia Frederick dsgrdg@ptdprolog.net

DENISE ELIZABETH CARLON
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com

FREDERICK L. REIGLE
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

JEROME B. BLANK
    on behalf of Creditor LOANCARE LLC paeb@fedphe.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MARIO J. HANYON
    on behalf of Creditor LOANCARE LLC paeb@fedphe.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor LOANCARE LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Terry A. Frederick and Maia Frederick
       Debtor(s)                                                Bankruptcy No: 16−10507−pmm
                                                                          Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                          For The Court
                                                                                              Timothy B. McGrath
                                                                                               Clerk of Court

Dated: 10/19/20

                                                                                                                     55 − 54
                                                                                                               Form 138_new